ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| MARÍA IVETTE SANTIAGO MARTÍNEZ<br><br>Peticionaria<br><br><br><br>EX PARTE | KLCE202301332 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm.:<br><br>PO2023CV03307<br><br>Sala: 603 Civil Superior<br><br>Sobre:<br><br>Petición de Declaratoria de Herederos |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente.

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de noviembre de 2023.

Comparece ante nos la Sra. María Ivette Santiago Martínez (señora Santiago Martínez o Peticionaria) y solicita que revoquemos una *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de Ponce (TPI o foro primario) el 6 de noviembre de 2023, notificada el 7 de noviembre de 2023. Mediante el referido dictamen, el TPI declaró **No Ha Lugar** una *Moción de Reconsideración* presentada por la peticionaria el 6 de noviembre de 2023. Así las cosas, el foro primario sostuvo su determinación mediante la cual le ordenó a la señora Santiago Martínez a presentar la declaratoria de herederos de los dos hijos que le premurieron al causante en un término de 20 días.

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la decisión

Número Identificador

RES2023_____

recurrida. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[1] abundamos sobre las bases de nuestra decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el TPI actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[2] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[3] Basado en lo anterior, *denegamos* la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] 32 LPRA Ap. V, R. 52.1.
[2] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[3] 4 LPRA Ap. XXII-B, R. 40.